

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2014

No. 04-14-00297-CV

**IN THE MATTER OF F.A.S.,**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-JUV-01811
The Honorable Carmen Kelsey, Judge Presiding

## O R D E R

On September 25, 2014, this court abated this appeal to the trial court to hold a hearing to determine whether appellant desires to prosecute his appeal, whether appellant is indigent, and whether counsel has abandoned this appeal. *See* TEX. R. APP. P. 38.8(b)(2). The trial court conducted the hearing, and a supplemental clerk's record and supplemental reporter's record have been filed. The trial court determined that appellant desires to prosecute the appeal and is indigent. The trial court further determined that counsel has not abandoned this appeal and should not be sanctioned because personal issues precluded him from meeting the prior deadlines. On October 20, 2014, appellate counsel filed appellant's brief.

It is therefore ORDERED that this appeal is reinstated on the docket of this court. It is further ORDERED that the State's brief must be filed no later than thirty days from the date of this order.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court